IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARLON D. GUY,

    Plaintiff,

v.                                                      Case No.  21-cv-198-jdp

MARATHON COUNTY JAIL,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

   /s/
Peter Oppeneer, Clerk of Court                     9/2/2021
                                                  Date